IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERRY X MARSHALL, | : | No. 3:13cv2961 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| TOM CORBETT, ET AL., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 27th day of September 2019 it is hereby **ORDERED** as follows:

1) The defendants' objections (Doc. 188) to Chief Magistrate Judge Schwab's report and recommendation are **OVERRULED**;
2) The report and recommendation (Doc. 186) is **ADOPTED**;
3) The plaintiff's motion for preliminary injunction (Doc. 93) is **GRANTED** with regard to the Department of Corrections ("DOC") allowing him to wear a Nation of Islam fez and the DOC is directed to permit plaintiff to purchase and wear the fez. The motion is **DENIED** in all other respects;
4) The plaintiff's "motion to enforce the due process of and to end the inordinate delay of plaintiff's motion for preliminary injunction" (Doc. 129) is **DENIED** as moot; and
5) The Clerk of Court is directed to remand this case to the magistrate judge for further proceedings.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**